LACE, Appellant, vs. SCHOENHALSS and others, Respondents.

*September 1— September 22, 1896.*

*Mortgages: Foreclosure: Ownership: Evidence.*

Findings of the trial court, in an action to foreclose a mortgage, that the plaintiff was not the real owner thereof and that the true owner had received payment in full, are *held* to be sustained by the evidence.

APPEAL from a judgment of the circuit court for Milwaukee county: FRANK M. FISH, Judge. *Affirmed.*

For the appellant there was a brief by *Dalberg & Becher,* and oral argument by *S. W. Dalberg.*

*K. Shawvan,* for the respondents.

WINSLOW, J. This is an action of foreclosure of a mortgage upon real estate. The trial court found, among other things, that the plaintiff was not in fact the real owner of the mortgage; that one Ullrich was the true owner thereof; and that he had received payment in full therefor; and judgment was entered dismissing the complaint. There was sufficient competent evidence upon which to base these findings, and the judgment must therefore be affirmed.

*By the Court.*— Judgment affirmed.